[No. 2055–2.   Division Two.   March 1, 1977.]

PETER G. BIRMINGHAM, ET AL, *Appellants,* v. TERRENCE HANLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 65077, Gerald B. Chamberlin, J., entered August 18, 1975. *Reversed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 3367–1.   Division One.   March 7, 1977.]

MACCAFERRI GABIONS OF AMERICA, INC., *Appellant,* v. THE CITY OF EVERETT, *Defendant,* NEWLAND CONSTRUCTION COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 118706, John E. Rutter, Jr., J., entered October 17, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3735–1.   Division One.   March 7, 1977.]

WILLIAM KLUIN, ET AL, *Appellants,* v. L. J. HABERBUSH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 120390, John E. Rutter, Jr., J., entered March 26, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.